HECTOR CAMPOS, Appellant, v CITY OF NEW YORK, Respondent.

Submitted October 15, 2007; decided October 23, 2007

Reported below, 32 AD3d 287.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Estate of THOMAS A. DANE, Deceased. MARGUERITE L. DANE-FISHER, Petitioner; THOMAS M. DANE, Appellant. LYNNE M. LONSDALE, Respondent.

Submitted July 23, 2007; decided October 23, 2007

Reported below, 41 AD3d 1323, 32 AD3d 1233.

Motion, insofar as it seeks leave to appeal from the June 8, 2007 order of the Appellate Division, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the September 22, 2006 order of the Appellate Division, dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]). Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.

In the Matter of LEMUEL A. DAVIS, Appellant, v COUNTY OF WESTCHESTER et al., Respondents.

Submitted October 15, 2007; decided October 23, 2007

Reported below, 42 AD3d 791.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.